IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HARI P. KUNAMNENI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-cv-005 |
| | ) | (JCC/JFA) |
| GARY LOCKE, Secretary, United States | ) | |
| Department of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant the Secretary of Commerce, Gary Locke, hereby moves this Court to grant summary judgment in Defendant's favor. The reasons for granting the Motion are described in the Memorandum In Support of Defendant's Motion To Dismiss And For Summary Judgment, which is being filed contemporaneously with this Motion.

Respectfully submitted,

DANA BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Bernard G. Kim
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3911 (direct)
(703) 299-3983 (fax)
bernard.kim@usdoj.gov
*Attorney for the Defendant*

-2-

DATED: July 10, 2009

Case 1:09-cv-00005-JCC-JFA   Document 19   Filed 07/10/2009   Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2009, I will serve a true copy of the foregoing by first-class mail addressed to:

Hari P. Kunamneni
10375 Heney Creek Place
Cupertino, CA 95014
*Plaintiff Pro Se*

*By*:_____/s/_____
Bernard G. Kim
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3911 (direct)
(703) 299-3983 (fax)
bernard.kim@usdoj.gov
*Attorney for the Defendant*